**Ronald L. Hoffbauer (006888)**
**Joshua S. Parilman (021272)**
**DAVID WROBLEWSKI & ASSOCIATES, P.C.**
20 E. Thomas Road, Ste. #2600
Phoenix, AZ 85012
Phone: (602) 266-4570
Fax: (602) 288-1650
Email: parilman@aol.com
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERT F. SNYDER<br>xxx-xx-0547<br>And<br>LINDA M. SNYDER<br>xxx-xx-6432<br><br>2243 W. Dale Lane<br>Phoenix, AZ 85085<br>  Debtors.<br><br>ROBERT F. SNYDER AND<br>LINDA M. SNYDER<br>  Plaintiffs<br>v.<br>GMAC MORTGAGE, LLC<br>  Defendant, | In Proceedings Under Chapter 13<br><br>Case No.: 2:11-bk-02843-SSC<br><br>Adv. No. 2:12-ap-00293-SSC<br><br>**JUDGMENT AND ORDER AVOIDING LIEN ON REAL PROPERTY**<br><br>**Real Property Located at:**<br>**2243 W. Dale Lane**<br>**Phoenix, AZ 85085** |

THE COURT having reviewed the Court file, and being duly advised in the premise, IT IS ORDERED THAT:

  A. A judgment is granted in favor of the Debtor/Plaintiff;

  B. Defendant, GMAC MORTGAGE, LLC's lien on Real Property located at 2243 W. DALE LANE, PHOENIX, ARIZONA 85085 and legally described as follows:

In re: Robert and Linda Snyder
Case No.: 2:11-bk-02843-SSC

1

Case 2:12-ap-00293-SSC   Doc 9   Filed 03/19/12   Entered 03/19/12 11:19:39   Desc
Main Document - Clerks Entry of Default   Page 1 of 2

LOT 746, DYNAMITE MOUNTAIN RANCH SECTION B1, ACCORDING TO BOOK 639 OF MAPS, PAGE 40, RECORDS OF MARICOPA COUNTY, ARIZONA.

be stripped and rendered void subject to the provisions, herein;

C. Defendant GMAC MORTGAGE, LLC, account is a general unsecured non-priority lien;

AND FURTHER ORDERED THAT

D. Upon discharge of Debtor/Plaintiff's Chapter 13 proceeding, Defendant GMAC MORTGAGE, LLC., shall provide a release of lien on the real property to the Debtor within thirty (30) days of the date of the Order granting discharge;

E. Defendant GMAC MORTGAGE, LLC, shall file notice with the appropriate County Records Office of the release of said lien;

F. The entire claim of Defendant shall be treated as a general unsecured claim and shall not share in any unsecured proceeds;

G. Defendant's lien shall remain in place until Debtor/Plaintiff completes the Chapter 13 Plan and is granted discharge;

H. Defendant's lien shall remain in place and Defendant's debt shall remain secured should the subject property be sold or should a refinance take place prior to the Plan completion and entry of a discharge;

I. Defendant's lien shall remain in place and Defendant's debt shall remain secured should the Debtor's case be dismissed or converted another chapter;

J. Each party will bear its own costs and expenses associated with this action.

K. The Clerk is directed to close this Adversary file.

Dated and signed above.

In re: Robert and Linda Snyder
Case No.: 2:11-bk-02843-SSC

2